

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00095-CV

———————————————————

IN RE CORY RAY SHELBY, Relator

---

Original Proceeding
372nd District Court of Tarrant County, Texas
Trial Court No. 1601893

---

Before Womack, J; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered:  April 19, 2021